1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

          Plaintiff,

     v.

FITTERS INC,

          Defendant.

Case No.  20-cv-00299-JSC


**ORDER TO PLAINTIFF TO SHOW
CAUSE WHY ACTION SHOULD NOT
BE DISMISSED**

      The Court granted the parties' stipulation to extend the deadline to complete the joint site inspection to August 31, 2020.  (Dkt. No. 18.)  Under Northern District of California General Order 56, if the case did not settle the parties were required to file a Notice of Need for Mediation and Certification of Counsel; however, the docket did not reflect any activity since the Court granted the stipulation.  Accordingly, on January 4, 2021, the Court ordered Plaintiff to on or before January 19, 2021 file a written update on the status of this action and the parties' compliance with General Order 56. (Dkt. No. 20.)  Plaintiff did not do so and as of the date of this Order has not otherwise communicated with the Court.  Accordingly, the Court orders Plaintiff to show case as to why this action should not be dismissed for a failure to prosecute.  In particular, Plaintiff must file a writing on or before March 16, 2021 explaining why his case should not be dismissed with prejudice in light of this failure to follow General Order 56 and this Court's order. Plaintiff is warned that his failure to file a written submission by that deadline will result in dismissal.

//

//

//

1    **IT IS SO ORDERED.**

2    Dated: March 9, 2021

3

4    _____

5    JACQUELINE SCOTT CORLEY
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California